1  COOPER, WHITE & COOPER LLP
   JIE-MING CHOU (SBN 211346)
2  SCOTT M. McLEOD (SBN 242035)
   201 California Street, 17th Floor
3  San Francisco, California  94111
   Telephone:    (415) 433-1900
4  Facsimile:    (415) 433-5530
   jchou@cwclaw.com
5  smcleod@cwclaw.com

6  Attorneys for defendants COMCAST CABLE
   COMMUNICATIONS MANAGEMENT, LLC

7

8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
                 SAN FRANCISCO AND OAKLAND DIVISION
10

11

12  SHANNON O. MURPHY ESQ. SR. dba          CASE NO.
    SHEETMETAL & ASSOCIATES, an INLC
13                                          NOTICE OF REMOVAL OF ACTION
            Plaintiff,                      UNDER 28 U.S.C. § 1441(b)
14                                          (Diversity)
            vs.
15
    COMCAST CORPORATION,
16
            Defendants.
17

18         TO THE CLERK OF THE COURT OF THE NORTHERN DISTRICT OF

19  CALIFORNIA:

20         PLEASE TAKE NOTICE that Defendant COMCAST CABLE COMMUNICATIONS

21  MANAGEMENT, LLC, erroneously sued as Comcast Corporation ("Comcast") hereby removes

22  to this Court the state court action described below:

23         1.      On July 12, 2021, an action was commenced in the Superior Court of the State of

24  California in and for the County of San Mateo, entitled SHANNON O. MURPHY ESQ. SR. dba

25  SHEETMETAL & ASSOCIATES, an INLC ("Murphy"), Plaintiff, vs. COMCAST

26  CORPORATION, Defendant, as case number 21CIV03742.  A true and correct copy of the civil

27  case cover sheet, complaint, summons, and notice of assignment are attached hereto collectively as

28  Exhibit "A".

1509145.1 605363.1

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

Defendant's Notice of Removal

2.     On August 2, 2021, Plaintiff had the sheriff's department improperly effect service of the summons and complaint on a Comcast employee at a Comcast retail customer service center in Concord, California.

3.     Jurisdiction.  This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332, and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs, because Plaintiff alleges damages in the amount of $3,050,000.

4.     Defendant is informed and believes that Plaintiff is an individual residing in Contra Costa County in the State of California.

5.     Comcast Cable Communications Management, LLC is a single member Delaware limited liability company with its principal place of business in Pennsylvania. Comcast Cable Communications, LLC is the sole member of Comcast Cable Communications Management, LLC. Comcast Cable Communications, LLC is a single member Delaware limited liability company with its principal place of business in Pennsylvania. Comcast Holdings Corporation is the sole member of Comcast Cable Communications, LLC. Comcast Holdings Corporation is a citizen of Pennsylvania because it is incorporated in the state of Pennsylvania and has its principal place of business in the state of Pennsylvania. Accordingly, currently and at the time the complaint was filed, Comcast Cable Communications Management, LLC is and was a citizen of Pennsylvania and complete diversity exists.

6.     Intradistrict Assignment.  This complaint has been removed to the San Francisco/Oakland Division of the Northern District because the original state court action was filed in the County of San Mateo.

DATED: September 1, 2021              COOPER, WHITE & COOPER LLP


By: _____
    Scott McLeod
    Attorneys for COMCAST CABLE
    COMMUNICATIONS MANAGEMENT, LLC

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

1509145.1

2

Defendant's Notice of Removal

# EXHIBIT A



**SUPERIOR COURT OF SAN MATEO COUNTY**
Civil Division
400 County Center, 1st Floor, Room A Redwood City, CA 94063
(650) 261-5100
www.sanmateocourt.org

| | FOR COURT USE ONLY |
|---|---|
| | **FILED** |
| | **SAN MATEO COUNTY** |
| | 7/12/2021 |
| | **Clerk of the Superior Court** |
| | /s/ Unaloto Finau |
| | **DEPUTY CLERK** |

PETITIONER/PLAINTIFF: **SHANNON O MURPHY ESQ, SR**

RESPONDENT/DEFENDANT: **COMCAST CORPORATION**

| NOTICE OF ASSIGNMENT FOR ALL PURPOSES, DESIGNATION AS COMPLEX CASE, SETTING OF A CASE MANAGEMENT AND TRIAL SETTING CONFERENCE, AND COMPLEX FEES DUE | CASE NUMBER: **21-CIV-03742** |
|---|---|

This case has been filed by Plaintiff(s) as a provisionally complex case and/or a putative class action and/or a PAGA representative action.  Pursuant to Local Rule 3.300(a), this action is automatically deemed a "complex case". This case is assigned for all purposes to the Honorable:  **Nancy L. Fineman** in **Department 4,** located at **1050 Mission Road, South San Francisco, CA 94080.**

ASSIGNED DEPARTMENT INFORMATION

Contact information for your assigned department is as follows:

| Judicial Officer | Department Phone | Department E-mail |
|---|---|---|
| Nancy L. Fineman | 650-261-5104 | Dept4@sanmateocourt.org |

**A Case Management and Trial Setting Conference is set for** 10/12/2021 at 9:30 AM in **Department 4** of this Court. In anticipation of the Case Management and Trial Setting Conference, counsel for the parties should be prepared to discuss at the hearing and file and serve written Case Management and Trial Setting Conference statements (**in prose and details, not using the standardized Judicial Council form**) with a courtesy copy emailed to complexcivil@sanmateocourt.org AND to Dept4@sanmateocourt.org **at least five court days prior to the Conference,** as to the following:

    a.  Status of Pleadings and Appearance of all Named Parties;

    b.  Status of Discovery, including status of document production, status of depositions, status of completion of merits discovery, and status of expert discovery;

    c.  Status of Settlement or Mediation;

    d.  Listing of All Pending Motions and proposed new hearing date;

    e.  Any anticipated motions and proposed briefing schedule; and

    f.  Any other matters for which the parties seek Court ruling or scheduling.

**Pursuant to Government Code Section 70616, the complex case fee and the first appearance fee must be paid at the time of filing of the first paper in this complex case.**  Plaintiff(s) pay a single complex case fee of $1,000 on behalf of all plaintiffs, whether filing separately or jointly. Defendant(s) pay a complex case fee of $1,000 each on behalf of each defendant, intervenor, respondent, or adverse party, whether filing separately or jointly, at the time that that party files its first paper in this case, not to exceed $18,000 total.

PLAINTIFF(S) ARE REQUIRED TO SERVE A COPY OF THIS NOTICE ON ALL OTHER PARTIES TO THIS ACTION OR PROCEEDING, and promptly file proof of service.

## CLERK'S CERTIFICATE OF SERVICE

I hereby certify that I am the clerk of this Court, not a party to this cause; that I served a copy of this notice on the below date, ☐ by hand ☐ by electronic service to the parties or their counsel of record at the email addresses set forth below and shown by the records of this Court or ☒ by placing a copy thereof in separate sealed envelopes addressed to the address shown by the records of this Court, and by then sealing said envelopes and depositing same, with postage fully pre-paid thereon, in the United States Mail at Redwood City, California.

Date: 7/12/2021

Neal I Taniguchi, Court Executive Officer/Clerk

By:   /s/ Unaloto Finau
        Unaloto Finau, Deputy Clerk

Notice being served on:

SHANNON O MURPHY ESQ SR
2 MARINA BOULEVARD SUITE 15-B5
PITTSBURG CA  94565

PLD-C-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| SHANNON O. MURPHY ESQ. SR.   ( IN PRO PER. / SE. )<br>2 MARINA BLV.,SUITE 15 - b5<br>PITTSBURG, CA. 94565<br><br>TELEPHONE NO: (925) 483 -1128    FAX NO. *(Optional):* none<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* SHANNON O. MURPHY ESQ. SR. dba. SHEETMETAL & ASSOCIATES, an INLC. | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  SAN MATEO
STREET ADDRESS:  400 COUNTY CENTER
MAILING ADDRESS:  SAME
CITY AND ZIP CODE:  REDWOOD CITY, CA. 94063
BRANCH NAME:

PLAINTIFF:    SHANNON O. MURPHY ESQ. SR. dba.
              SHEETMETAL & ASSOCIATES, an INLC

DEFENDANT:
              COMCAST CORPORATION

☐ DOES 1 TO _____

**ENDORSED FILED**
SAN MATEO COUNTY

JUL 1 2 2021

Clerk of the Superior Court
By   Una Finau
        DEPUTY CLERK

| CONTRACT | |
|---|---|
| ☒ COMPLAINT | ☐ AMENDED COMPLAINT *(Number):* |
| ☐ CROSS-COMPLAINT | ☐ AMENDED CROSS-COMPLAINT *(Number):* |

**Jurisdiction** *(check all that apply):*
☐ ACTION IS A LIMITED CIVIL CASE
    Amount demanded ☐ does not exceed $10,000
                ☐ exceeds $10,000 but does not exceed $25,000
☒ ACTION IS AN UNLIMITED CIVIL CASE  (exceeds $25,000)
☐ ACTION IS RECLASSIFIED by this amended complaint or cross-complaint
    ☐ from limited to unlimited
    ☐ from unlimited to limited

CASE NUMBER:

21C I V 0 3 7 4 2

1. **Plaintiff*** *(name or names):*
   SHANNON O. MURPHY ESQ. SR. dba. SHEETMETAL & ASSOCIATES, an INLC
   alleges causes of action against **defendant*** *(name or names):*
                             COMCAST CORPORATION

2. This pleading, including attachments and exhibits, consists of the following number of pages:  3pgs., includes CM-010 cover sheet

3. a. Each plaintiff named above is a competent adult
   ☒ except plaintiff *(name):* SHEETMETAL & ASSOCIATES, an INLC
     (1) ☐ a corporation qualified to do business in California
     (2) ☐ an unincorporated entity *(describe):*
     (3) ☒ other *(specify):*
        A SOLE PROPRIETORSHIP - LEGAL DOCUMENT AND ADVISORY COMPANY
  b. ☐ Plaintiff *(name):*
    a. ☒ has complied with the fictitious business name laws and is doing business under the fictitious name *(specify):*
       PLAINTIFF APPLIED / RECEIVED FOR DBA., 555 ESCOBAR ST., MARTINEZ, CA., F-0000332-00, on 01/15/2020.
    b. ☐ has complied with all licensing requirements as a licensed *(specify):*
  c. ☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.

4. a. Each defendant named above is a natural person
   ☒ except defendant *(name):* Comcast Corporation      ☐ except defendant *(name):*
     (1) ☐ a business organization, form unknown     (1) ☐ a business organization, form unknown
     (2) ☒ a corporation                       (2) ☐ a corporation
     (3) ☐ an unincorporated entity *(describe):*     (3) ☐ an unincorporated entity *(describe):*
     (4) ☐ a public entity *(describe):*         (4) ☐ a public entity *(describe):*
     (5) ☐ other *(specify):*               (5) ☐ other *(specify):*

* If this form is used as a cross-complaint, plaintiff means cross-complainant and defendant means cross-defendant.

**PLD-C-001**

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| SHEETMETAL & ASSOCIATES  VS. COMCAST CORPORATION | |

4.  *(Continued)*
   b. The true names of defendants sued as Does are unknown to plaintiff.
      (1) ☐ Doe defendants *(specify Doe numbers):* _____ were the agents or employees of the named
          defendants and acted within the scope of that agency or employment.
      (2) ☐ Doe defendants *(specify Doe numbers):* _____ are persons whose capacities are unknown to
          plaintiff.
   c. ☐ Information about additional defendants who are not natural persons is contained in Attachment 4c.
   d. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

5. ☒ Plaintiff is required to comply with a claims statute, **and**   Plaintiff's as at claimant, did inform defendant's agent of his
      a. ☒ has complied with applicable claims statutes, *or*  require restitution, compensation for relevant damages, and
      b. ☐ is excused from complying because *(specify):*  / that included for injury(s), aggravated illness, inconveniences;
                                                           / Plaintiff was not offered any provisions, such "claim form(s)",
      /                                                    / relevant, respond such as asked, which implies claim denied.

6. ☐ This action is subject to  ☐ Civil Code section 1812.10  ☐ Civil Code section 2984.4. /

7. This court is the proper court because
   a. ☐ a defendant entered into the contract here.
   b. ☐ a defendant lived here when the contract was entered into.
   c. ☐ a defendant lives here now.
   d. ☐ the contract was to be performed here.
   e. ☐ a defendant is a corporation or unincorporated association and its principal place of business is here.
   f. ☐ real property that is the subject of this action is located here.
   g. ☒ other *(specify):*  Injury(s), illness, occurred here compel by defendant's breach contract and actions to negligence.

8. The following causes of action are attached and the statements above apply to each *(each complaint must have one or
   more causes of action attached):*

   ☒ Breach of Contract Defendant(s) agent, breached contract, associate for fair provisions, and reply to standards, install,
      fair timely, plaintiff's professional business telephone service; Plaintiff did inform of injuries, damage.
   ☐ Common Counts
   ☒ Other *(specify):* Negligence, - General   Plaintiff was caused injury / illness, "panic attack(s)", and upset "Bipolar 1 Disorder",
      when defendant agent(s) failed install professional telephone service on time, fairly.

9. ☒ Other allegations Defendant's, conditions failed fair communication(s), to their claimant ; Mr. Murphy's facts applied
   / case where failed to remedy of a fair at injury / damage claim, regards fair, standard a jurisdiction claim, denied reply.
      Plaintiff's injury, compel by case defendant's acts, also tort case, for plaintiff's, to further injury, even to death.

10. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. ☒ damages of: $ 3,050,000
    b. ☐ interest on the damages
       (1) ☒ according to proof : Plaintiff maintains document(s), records accords apply for relevant, evidetiary proof ;
       (2) ☐ at the rate of *(specify):*    percent per year from *(date):*                 / E-mail tracks included.
    c. ☐ attorney's fees
       (1) ☐ of: $
       (2) ☐ according to proof.
    d. ☐ other *(specify):*

11. ☒ The paragraphs of this pleading alleged on information and belief as follows *(specify paragraph numbers):*
       1) Plaintiff's Mr. Murphy is a 30+ year, U.S. Army veteran, and maintains VA medical records, support alleged injury,
       2) by responsible the defendant's actions concern negligence.

Date: 02/12/2021

SHANNON MURPHY ESQ. SR.
_____          _____
(TYPE OR PRINT NAME)                      (SIGNATURE OF PLAINTIFF OR ATTORNEY)

*(If you wish to verify this pleading, affix a verification.)*

PLD-C-001 [Rev. January 1, 2007]                **COMPLAINT—Contract**                Page 2 of 2

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| SHANNON O. MURPHY ESQ. SR. ( IN PRO PER / SE. )<br>2 MARINA BLV. SUITE 15-B5<br>PITTSBURG, CA. 94565<br><br>TELEPHONE NO.: (925) 483-1128        FAX NO.:<br>ATTORNEY FOR *(Name):* Shannon O. Murphy Esq. Sr.  dba.  Sheetmetal & Associates, an INLC | **ENDORSED FILED**<br>SAN MATEO COUNTY<br><br>JUL 1 2 2021<br><br>Clerk of the Superior Court<br>By  Una Finau<br>DEPUTY CLERK |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  SAN MATEO
STREET ADDRESS: 400 COUNTY CENTER
MAILING ADDRESS:
CITY AND ZIP CODE: REDWOOD CITY, CA. 94063
BRANCH NAME:

CASE NAME:  Shannon O. Murphy Esq. Sr.  dba. Sheetmetal & Associates, an INLC
COMCAST CORPORATION

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: 21CIV03742 |
|---|---|---|
| ☒ Unlimited    ☐ Limited<br>(Amount       (Amount<br>demanded     demanded is<br>exceeds $25,000)  $25,000 or less) | ☐ Counter   ☐ Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | JUDGE:<br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
- ☐ Auto (22)
- ☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- ☐ Asbestos (04)
- ☐ Product liability (24)
- ☐ Medical malpractice (45)
- ☒ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- ☐ Business tort/unfair business practice (07)
- ☐ Civil rights (08)
- ☐ Defamation (13)
- ☐ Fraud (16)
- ☐ Intellectual property (19)
- ☐ Professional negligence (25)
- ☐ Other non-PI/PD/WD tort (35)

**Employment**
- ☐ Wrongful termination (36)
- ☐ Other employment (15)

**Contract**
- ☐ Breach of contract/warranty (06)
- ☐ Rule 3.740 collections (09)
- ☐ Other collections (09)
- ☐ Insurance coverage (18)
- ☐ Other contract (37)

**Real Property**
- ☐ Eminent domain/Inverse condemnation (14)
- ☐ Wrongful eviction (33)
- ☐ Other real property (26)

**Unlawful Detainer**
- ☐ Commercial (31)
- ☐ Residential (32)
- ☐ Drugs (38)

**Judicial Review**
- ☐ Asset forfeiture (05)
- ☐ Petition re: arbitration award (11)
- ☐ Writ of mandate (02)
- ☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
- ☐ Antitrust/Trade regulation (03)
- ☐ Construction defect (10)
- ☐ Mass tort (40)
- ☐ Securities litigation (28)
- ☐ Environmental/Toxic tort (30)
- ☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- ☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- ☐ RICO (27)
- ☐ Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
- ☐ Partnership and corporate governance (21)
- ☐ Other petition *(not specified above)* (43)

2. This case ☐ is ☒ is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a.☒ monetary  b.☒ nonmonetary; declaratory or injunctive relief  c.☒ punitive
4. Number of causes of action *(specify):*  3 = 1) INJURY/ ILLNESS,  2) BREACH OF CONTRACT,  3) TORT / NEGLIGENCE
5. This case ☒ is ☐ is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date:  02/12/ 2021

SHANNON O. MURPHY ESQ. SR.
(TYPE OR PRINT NAME)                                (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>*www.courtinfo.ca.gov* |

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

COMCAST CORPORATION

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

SHANNON O. MURPHY ESQ. SR.  DBA.
SHEETMETAL &  ASSOCIATES, an INLC

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**ENDORSED FILED**
SAN MATEO COUNTY

JUL 1 2 2021

Clerk of the Superior Court
By  Una Finau
DEPUTY CLERK

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado.  Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*  Superior Court of California, County of

400 County Center, Redwood City, CA. 94063          \ SAN MATEO

CASE NUMBER:
*(Número del Caso):*  1 C I V 0 3 7 4 2

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Sheetmetal & Associates - In Pro Se.
2 Marina Blv., Suite 15 - b5
Pittsburg, Ca. 94565 ; 925.483-1128.

DATE:   JUL 1 2 2021     NEAL I. TANIGUCHI, Clerk, by      UNA FINAU      , Deputy
*(Fecha)*                                              *(Secretario)*                              *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)

   ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courtinfo.ca.gov*