UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON O. MURPHY, ESQ., et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,<br><br>        Defendant. | Case No. 21-cv-06812-VC<br><br>**ORDER GRANTING MOTION TO DISMISS**<br><br>Re: Dkt. No. 7 |

Comcast removed this case to federal court and subsequently filed a motion to dismiss. That motion is granted with leave to amend. There is no cause of action called "injury/illness" under California state law. And the form complaint is missing the basic elements required to state a cause of action for negligence or breach of contract. The allegations that are present are vague and incoherent. Finally, Comcast is correct that Murphy, a non-lawyer, cannot prosecute a class action pro se. *See Simon v. Hartford Life, Inc.*, 546 F.3d 661, 664–65 (9th Cir. 2008).

An amended complaint is due 21 days from the date of this order. Comcast must respond within 21 days of the filing of the amended complaint.

**IT IS SO ORDERED.**

Dated: October 18, 2021

_____
VINCE CHHABRIA
United States District Judge