UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON O. MURPHY, ESQ., et al.,<br><br>  Plaintiff,<br><br>v.<br><br>COMCAST CABLE COMMUNICATIONS MANAGEMENT, LLC,<br><br>  Defendant. | 21-cv-06812-VC<br><br>**JUDGMENT** |

Murphy has not filed an amended complaint within the 21 days allotted by the Court. The case is accordingly dismissed with prejudice. Judgment is entered in favor of the defendant and against the plaintiffs.  The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated:  November 17, 2021

_____
VINCE CHHABRIA
United States District Judge